**Andrea G. BRIGGS, Plaintiff—Appellant,**

v.

**ELEVATOR CONTROL CORPORATION, a/k/a Elcon Enterprises, Incorporated; Gordon R. England, Secretary of the Navy, Defendants—Appellees.**

No. 05–2285.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 25, 2006.

---

* Hawkins apparently waived his right to challenge his sentence on appeal. J.A. 120.

Andrea G. Briggs, Appellant Pro Se. James A. Frederick, Assistant United States Attorney, Baltimore, Maryland; Daniel Leonard Shea, Brault, Graham, Scott & Brault, Rockville, Maryland, for Appellees.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrea G. Briggs appeals from the district court's order denying relief in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Briggs v. Elcon Enters.*, No. CA–05–1185–CCB (D.Md. Oct. 19, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*